

**KILPATRICK STOCKTON** LLP

Attorneys at Law

Suite 2800 1100 Peachtree St.
Atlanta GA 30309-4528
t 404 815 6500 f 404 815 6555
www.KilpatrickStockton.com

direct dial 404 815 6325
direct fax 404 541 3145
scahoon@kilpatrickstockton.com

December 1, 2009

**Via CM/ECF**

Honorable Clay D. Land
U.S. District Judge
Post Office Box 2017
Columbus, GA 31902

    Re:   *Iguana v. Lanham, et al.*
           Civil Action No. 7:08-CV-00009-CDL
           U.S. District Court, Middle District of Georgia

Your Honor:

       The following was intended to accompany our filing of yesterday evening in response to Plaintiff Iguana LLC's motion for summary judgment. Much to our dismay, we this morning discovered that it had inadvertently been directed to the chambers of Judge Lawson. We have notified Judge Lawson's clerk of the error and, per the instructions of Ms. Sweeney, with whom we spoke this morning, are efiling this correspondence.

       This letter is to bring to your attention that, although we have filed our response to plaintiff's motion for summary judgment on issues of ownership and enforceability, we believe, in fairness to plaintiff, that it may be necessary to extend the deadline for briefing motions relating to ownership and enforceability. To our great chagrin, a few days ago we located an additional file containing documents that we believe may be considered responsive to Plaintiff Iguana LLC's initial discovery requests, giving them their broadest construction. The file relates to a closed matter, dating from the late 1990s, that was supervised by an attorney who is no longer with Kilpatrick Stockton. Specifically, the file concerns "Breakthrough Technologies, LLC," an entity first brought to our attention by plaintiff's counsel, who attached to his proposed Second Amended Complaint a document purporting to grant "Breakthrough Technologies, LLC" a license to rights in the patent-at-suit, although plaintiff's pending action does not refer to this entity. This file, among other

things, contains communications to and from plaintiff's attorney and other individuals, among them plaintiff's present president.

We do not believe that any of the contents of this file will be relevant to the issues raised in plaintiff's pending motion for summary judgment or the Paul Lanham defendants' response. If we had earlier been aware of this file, however, we would have included it in our review and production in the first phase of discovery (using a very broad construction of the discovery). Accordingly, we are reviewing and preparing for production all conceivably responsive documents from this file. In connection with those efforts, we are making additional inquiries and executing further searches, based on the names of individuals and entities who appear to have been associated with Breakthrough Technologies, LLC (including the former Kilpatrick Stockton attorney who supervised this matter).

We deeply regret and sincerely apologize for any inconvenience caused by our failure to discover this file earlier. As we have discussed with plaintiff's counsel, we are working diligently to track down every possible loose end and anticipate making a supplemental production this week.

Sincerely,

Susan A. Cahoon
Attorney for Defendants
Lanham, Calkins and Kilpatrick Stockton

SAC/sr

Cc: Sanford J. Asman, Esq. (via email)
T. Joshua Archer, Esq. (via email)
William L. Tucker, Esq. (via email)