IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION
AT COLUMBUS, GEORGIA



## MINUTE SHEET re: TELEPHONE CONFERENCE (NON-EVIDENTIARY)

Date:   June 16, 2011                           Court Time for MJSTAR:/JS10:  1 hour 30 min

Judge:  CLAY D. LAND                            Court Reporter:  Betsy Peterson

Courtroom Deputy:   Elizabeth S. Long

Case Number:  7:08-CV-9 (CDL)

IGUANA, LLC                                     Counsel: Sanford J. Asman
                                                         Louis E. Hatcher

v.

PAUL E. LANHAM, et al.

                                                Counsel:  Candice C. Decaire
                                                          William L. Tucker
                                                          T. Joshua Archer
                                                          Mike Bowers

*DISCLAIMER:   CONTENTS OF THIS MINUTE SHEET ARE FOR ADMINISTRATIVE PURPOSES ONLY AND ARE NOT MEANT AS A SUBSTITUTION FOR THE OFFICIAL COURT RECORD.  ATTORNEYS SHOULD CONTACT THE COURT REPORTER AND ORDER A TRANSCRIPT IF THERE ARE ANY QUESTIONS AS TO THE CONTENTS HEREIN.*

Participants identified

Mr. Archer informed the Court that the MMI defendants **withdraw** [142] Motion for Protective Order and [140] Motion to Compel because of information discovered yesterday, with the understanding they may need to be re-filed.  Mr. Archer also believes there may be a conflict in his firm representing the MMI defendants.

Parties have agreed to postpone the depositions scheduled for tomorrow to allow Mr. Archer to determine if the MMI defendants need to retain alternate counsel.

Parties shall prepare a Joint Proposed Scheduling Order and submit it to the Court by next Friday, June 24, 2011.  The proposed order shall include the following dates:
   Dispositive Motions Deadline:  **September 12, 2011**
   Hearing re: all issues relating to claim construction, expert disqualification, and dispositive motions: **December 12, 2011**
   Pre-trial Conference: **January 5, 2012**
   Trial: **February 6, 2012** in Columbus, Georgia

[145] Emergency Motion to Quash –GRANTED -  Ms. Decaire may file Motion for Re-consideration, but at this time, Mr. Asman will not be expected to testify next week.

Iguana, LLC v Lanham, et al (7:08-CV-9-CDL)
June 16, 2011 – Telephone Conference Minute Sheet

[141] Motion to Compel – terminated as the parties have agreed to a production/response date of June 24, 2011.  Please see hearing transcript for specific discussion regarding documents to be produced.

Mr. Asman expected to produce Privilege Log – to be filed and served by June 24 and provide the Court under SEAL the documents not produced for in camera review to determine if they should be protected

Mr. Hatcher requested that the Court order immediate disclosure of the subject emails/communications to which Mr. Archer referred re: potential conflict and also that Plaintiff be granted immediate access to the computers, hard drives, etc., where this info has been discovered.  The Court ordered Mr. Archer to produce this information on Monday, June 27, 2011, and is inclined to allow a forensic examination of the computer files; therefore that issue should be addressed in the proposed scheduling order.

The Court announced to the parties that the new scheduling order containing the dates set out above will NOT be changed and that any attorney who is going to enter the case on behalf of the MMI defendants needs to understand this fact.